Nathan Nicholas Helburn #98196
*(full name/prisoner number)*
Idaho Maximum Security Institute
P.O. Box 51
Bosie, ID 83707
*(complete mailing address)*

U.S. COURTS

DEC 05 2019

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Nathan Nicholas Helburn,
*(full name)*

Plaintiff,

v.

Warden AL Ramirez
Multiple John and Jane Does

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ◯ Yes  ☒ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

- ☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* _____; or diversity of citizenship.
- ☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Nathan Nicholas Helburn I am a citizen of the State of Idaho, presently residing at Idaho Maximum Security Institute

PRISONER COMPLAINT - p. 1    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Warden AL Ramirez**, who was acting as **Warden of I.M.S.I.**
   (defendant) (job title, if a person; function, if an entity)

   for the **Idaho Department of Corrections**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **Early 2015**, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   After I refused an order to return to my cell I layed on my stomach and put my hands behind my back. The CERT team was called and while I was handcuffed I was beaten with fists, knees and kicks then I was bent over backwards narrowing a disk in my neck and pinching a nerve in my lower back. I now suffer from shocks and numbness in my arms and legs. And musclespasms. Prison doctors say my injuries are inopertable. I guess abuse like this is common in the Mental Health Unit because inmate don't know how to complain.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Aggravated Battery and cruel and unusual punishment. Unfortunately the statute of limitations will expire soon for prosecution

4. I allege that I suffered the following injury or damages as a result:
   Permanent injuries exaserbating my existing pain management issues. Mental Anguish

5. I seek the following relief: I will accept a cash settlement from I.D.O.C. if it holds it's employees accountable

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C-8 Exaustion of Grievance System and Statute of Limitations

Upon arrival at prison in Idaho I was rushed to a Mental Health Unit and not given orientation or a handbook. On 3/5/18, the 8th anniversary of my crime, I recieved a dated Inmate Handbook. It took another 6 months to get the Grievance Policy. I only learned of the grievance system and statute 1983 lawsuit in January 2018 when I recieved my subscription to Prison Legal News, Thus statute of limitations run until <u>January 2020</u>.

The Multiple Black Seargents of the Acute Mental Health Unit at I.M.S.I. are allowed to handpick which inmates are admitted to C-Block, thus all inmates Competent to Complain were quickly discharged. Abuse has and continues to go unchecked. In one year's time 6 of the 80 inmates on C-Block died from Medical complications and suicide. The national average for prison suicides is 16 per 100,000 Inmate Years. I.M.S.I. has up to 80 times the normal rate.

The grievance system takes an educated individual to utilize. I was housed with mostly uneducated and incompetent prisoners, so noone knew about administrative remedys. I have plenty of grievances concerning abuse on inmates that were returned for technical errors.

Ethically the Judge assigned to this case must validate this lawsuit because abuse must be addressed and stopped. If this lawsuit is does not hold staff accountable I will take the law into my own hands.

Prisoner Complaint — p.3

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| U.S.D.-ID | 1-18-cv-546 | NNH vs. Wayne Wilson | Dismissed w/Prejudice | No |
| U.S.D.-ID | 1-19-cv-416 | NNH vs. Corizon | Pending Approval | ? |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⭘ do not ☒ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I have been doing accredited paralegal courses and am open to a settlement, but if I.D.O.C. puts up a fight I may need an attorney due to the addition of more defendants.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 11/7/19 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* E-File.

Executed at I.M.S.I. on 11/12/2019 11/27/19
(Location) (Date)

Nate Welbrun
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 2 4 (Rev. 10/24/2011)